**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

11 NOV 17 AM 8:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ERIBERTO ROBLES (1),<br><br>　　　　　　　Defendant. | CASE NO. 10CR3608-H<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

_X_ 　the Court has granted the oral motion of the Government for dismissal, with prejudice; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

_X_ 　of the offense(s) as charged in the Information:

21 U.S.C 841(a)(1)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　United States District Judge